**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 156 WAL 2022

         Respondent              :

                             :    Petition for Allowance of Appeal

                             :    from the Order of the Superior Court

         v.                      :

                             :

DARRON DARRELL JAVAN GIBSON,    :

                             :

         Petitioner               :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 22nd day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.